```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DAVID S. OWENS,                         :
                                        :
                    Plaintiff,          :        ORDER
                                        :
        -v-                             :        19-CV-10213 (GBD) (JLC)
                                        :
POLICE DEPARTMENT OF                    :
NEW YORK CITY, et al.                   :
                                        :
                    Defendants.         :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2019

**JAMES L. COTT, United States Magistrate Judge.**

By letter dated December 18, 2019, Mr. Owens requested that his case be adjourned for an indefinite period of time as he attempts to find an attorney to represent him. Dkt. No. 13. The Court construes the letter as a request for an extension of time to move forward with his case. To date, no defendant has appeared. The Court will therefore give Mr. Owens until **March 31, 2020** to secure counsel. If additional time is needed, another request may be made at that time.

In his December 18 letter, Mr. Owens also requested that Judge Daniels preside over the case. By Order of Reference dated December 2, 2019, Judge Daniels referred this case to me for general pretrial supervision and a report and recommendation on any dispositive motion. Dkt. No. 8. However, Judge Daniels remains the trial judge and ultimate decision-maker in resolving this case.

**SO ORDERED.**

Dated: December 30, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

David S. Owens
18-A-2545/5325148y
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

1