UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David S. Owens

Write the full name of each plaintiff.

No. **19-cv-10213**
(To be filled out by Clerk's Office)

-against-

the City of New York, Lieutenant Carmine Semioli, Police Officer Luis Torres, Police Officer Lindsey Robbles, see attached sheet of paper

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16



Defendants

Police Officer John Doe, Arresting Officer
John Doe, Arresting Police Officer Jane Doe

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

David     S.     Owens
First Name     Middle Initial     Last Name

[redacted]

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

18A2545, NYSID Number: 5325148Y

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Auburn Correctional Facility
Current Place of Detention

P.O. Box 618
Institutional Address

Auburn,     [redacted] N.Y.     13024
County, City     State     Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** the City of New York
- First Name / Last Name / Shield #
- Current Job Title (or other identifying information):
- Current Work Address:
- County, City / State / Zip Code

**Defendant 2:** Carmine Semioli   5259
- First Name / Last Name / Shield #
- Current Job Title: Lieutenant, New York City Police Department
- Current Work Address: Citywide Traffic Task Force, 138 West 30 Street,
- County, City: N.Y. / State: N.Y. / Zip Code: 10007

**Defendant 3:** Luis Torres   9168
- First Name / Last Name / Shield #
- Current Job Title: Police Officer, Bronx Court House 4-E26
- Current Work Address: 215 East 161 Street,
- County, City: Bronx / State: N.Y. / Zip Code: 10451

**Defendant 4:** Lindsey Robbles   9206
- First Name / Last Name / Shield #
- Current Job Title: Police Officer, 24 Precinct
- Current Work Address: 151 West 100 Street
- County, City: N.Y. / State: N.Y. / Zip Code: 10025

Page 3

# United States District Court
# Southern District of New York

## Defendant Information

Defendant 5: Police Officer Juan Diaz,
Shield Number: 4060,
Current Work Address: 1 Police Plaza Path,
N.Y., N.Y. 10038

Defendant 6: Arresting Officer John Doe,
or Arresting Officer Jane Doe,
Identification Number: 947809,

Work Address: 24 Precinct, 151 West 100
Street, N.Y., N.Y. 10025

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Subway platform of train station at 103 St., Broadway, Manhattan, N.Y.

Date(s) of occurrence: 11-2-2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On the date 11-2-2016, I was facedown lying on the subway platform. I suppose that a Police Officer-at that time in the arrest of me-maybe stomped on my arm. That action broke an arm of mine...

For me to herein now try to establish the jurisdictional basis of the claim-or for the United States District Court for the Southern District of New York to have the subject matter jurisdiction-I think that the action which caused the break of my arm perhaps was in the violation of the right to due process of the law of the Fifth Amendment-and of the Fourteenth Amendment-of the Constitution of the United States.

Also, I believe that the aforementioned action of what I feel possibly was the use of excessive force-or brutality-by a Police Officer maybe was in violation of the Eighth Amendment-of the mentioned Constitution-which protects my right to be free of cruel and unusual punishments...

Page 4

Furthermore, the reality of the situation appears to me to perhaps be that what seems to me to possibly be the use of excessive force - or the brutality - which caused the break of my arm maybe broke the law of the Fourth Amendment - of the aforesaid Constitution - by making the arrest - or the seizure - of me to be somewhat unreasonable, to an extent - or in a way - illegal.

Moreover, I am a layman pertaining to the law. If I incorrectly raised the issues in this Complaint, or if I improperly raised any issue, or if I failed to raise the right issue, if this is not a problem for you, I respectfully request of you that you will preserve my right for me to later correctly raise the issues...

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered with a broken arm, and a cast- or a splint- was put on that arm in Bellevue Hospital, 462 First Avenue, N.Y., N.Y. 10016.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I want to get a million dollars ($1,000,000.00). Also, I want for you to cause an investigation for you to find out the Police Officer which broke my arm, and I want for the Police Officer which broke my arm to receive disciplinary actions against him...

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10-28-2019

Plaintiff's Signature: David Owens

First Name: David
Middle Initial: S.
Last Name: Owens

Prison Address: Auburn Correctional Facility, P.O. Box 618

County, City: Auburn
State: N.Y.
Zip Code: 13024

Date on which I am delivering this complaint to prison authorities for mailing: 10-28-2019

Page 6

```
-- Petit Larceny
   PL155.25                                Class A    Misdemeanor              NCIC 2399
```

**In Full Satisfaction of:**
```
-- Criminal Possession Stolen Property-5th Degree
   PL 165.40                               Class A    Misdemeanor    NCIC 2804

-- Resisting Arrest
   PL 205.30                               Class A    Misdemeanor    NCIC 4801
```

**Sentenced to:**   Term: Time Served
**Sentence Date:**  January 17, 2017

---

⬇ **Cycle 112** ⬆

## Arrest/Charge Information

Arrest Date: November 02, 2016 05:23 pm (17:23:00)

| | |
|---|---|
| **Name:** | DAVID OWENS |
| **Date of Birth:** | March 03, 1967 |
| **US Citizen:** | |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Age at time of crime/arrest:** | 49 |
| **Address:** | 0 UNKNOWN, MANHATTAN, NY 10025 |
| **Fax Number:** | M46871 |
| **Place of Arrest:** | NYCPD 24 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | November 02, 2016 |
| **Place of Crime:** | NYCPD 24 |
| **Criminal Justice Tracking No.:** | 67889384J |
| **Arresting Agency:** | NYCPD PCT 024 |
| **Arresting Officer ID:** | 947809 |
| **Arrest Number:** | M16675321 |
| **Arraignment:** | New York County Criminal Court |

**Arrest Charges:**
```
-- Reckless Endangerment-1st Degree
   PL120.25                         Class D    Felony        Degree 1    NCIC 7099
-- Petit Larceny
   PL155.25                         Class A    Misdemeanor   Degree 0    NCIC 2399
-- Criminal Possession Stolen Property-5th Degree
   PL165.40                         Class A    Misdemeanor   Degree 5    NCIC 2804
-- Resisting Arrest
   PL205.30                         Class A    Misdemeanor   Degree 0    NCIC 4801
-- Criminal Trespass 3rd: Railroad Right Of Way Or Yard
   PL140.10   Sub                   Class B    Misdemeanor   Degree 3    NCIC 5707
              0G
```

## Court Case Information

--**Court:** New York County Criminal Court   **Case Number:** 2016NY065042

November 03, 2016
**Initial Report Of Docket Number**

November 03, 2016
**Arraigned**
```
-- Petit Larceny
   PL155.25                                 Class A    Misdemeanor    NCIC 2399
-- Criminal Possession Stolen Property-5th Degree
```

PL165.40                                                    Class A         Misdemeanor         NCIC 2804
-- Resisting Arrest
PL205.30                                                    Class A         Misdemeanor         NCIC 4801
-- Criminal Trespass 3rd: Railroad Right Of Way Or Yard
PL140.10      Sub 0G                                        Class B         Misdemeanor         NCIC 5707

November 03, 2016
**Convicted Upon Plea Of Guilty** - Conviction Date: November 03, 2016

-- Petit Larceny
PL155.25                                                    Class A         Misdemeanor         NCIC 2399

**In Full Satisfaction of:**

-- Criminal Possession Stolen Property-5th Degree
PL 165.40                                                   Class A         Misdemeanor         NCIC 2804

-- Resisting Arrest
PL 205.30                                                   Class A         Misdemeanor         NCIC 4801

-- Criminal Trespass 3rd: Railroad Right Of Way Or Yard
PL 140.10   Sub 0G                                          Class B         Misdemeanor         NCIC 5707

**Sentenced to:**    Conditional discharge

**Sentence Date:**    November 03, 2016


November 03, 2016
**Not Arraigned**

-- Reckless Endangerment-1st Degree
PL120.25                                                    Class D         Felony              NCIC 7099

February 22, 2017
**Bench Warrant Issued**

April 05, 2017
**Returned On Warrant**

April 07, 2017
**Resentenced, Violation Of Conditional Discharge**

-- Petit Larceny
PL155.25                                                    Class A         Misdemeanor         NCIC 2399

**Sentenced to:**    Term: 60 Day(s)
**Sentence Date:**   April 07, 2017

---

↓ **Cycle 111** ↑

## Arrest/Charge Information

Arrest Date: August 28, 2016 07:49 pm (19:49:00)

| | |
|---|---|
| Name: | DAVID OWENS |
| Date of Birth: | March 03, 1967 |
| US Citizen: | |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Not Hispanic |
| Age at time of crime/arrest: | 49 |
| Fax Number: | M37214 |
| Place of Arrest: | NYCPD 19 |
| Arrest Type: | Unknown |
| Date of Crime: | August 28, 2016 |
| Place of Crime: | NYCPD 19 |
| Criminal Justice Tracking No.: | 67799008M |
| Arresting Agency: | NYCPD PCT 019 |
| Arresting Officer ID: | 958968 |

```
Printed:27 Jun 17  1009:26              ----------------------------------------
                                        |MRN:1415109                            |
Bellevue Hospital Center                |Patient:Owens,David                    |
462 First Avenue                        |DOB:03/03/1967      Sex:M  Type:EP     |
New York, NY 10016                      |                                       |
                                        |Visit Date:11/02/16 Visit# 1415109-29  |
                                        |Location:emergency                     |
                                        ----------------------------------------
```

Page 23 of 43

Outpatient Chart Print

===========================================================================

All Events - continued

Thu, 03Nov 0345 Left Upr Ext CT w/o con Not Prtcl -- cont'd
visualized portion of the ulna are normal.
Normal radial head and radius,
without fracture. Evaluation of the distal
humerus is limited by motion, without
displaced fracture.

No significant elbow joint effusion. Normal
elbow joint alignment. Mild soft
tissue swelling overlying the extensor
surface of the elbow. No air within the
elbow joint.

Impression:

Nondisplaced coronoid process fracture.

Final report dictated by Molly Somberg and
signed by Gopi Nayak 11/3/2016 5:51
AM

(03 Nov 16   0555)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Lau,Rern, MD, Emergency Department , Attending Physician (ESOF) | 11/03/16 03:33 |
| accessioned | Sig:Babot,Mark, RT  Radiology, Radiology Technologist  (ESOF) | 11/03/16 03:55 |
| documented by | Sig:Babot,Mark, RT  Radiology, Radiology Technologist  (ESOF) | 11/03/16 04:02 |
| documented by | computer generated | 11/03/16 05:55 |
| summary result review | Sig:Ryan,Devon, MD  Orthopedic Surgery, Resident  (ESOF) | 11/05/16 07:31 |

to: Head Clerk, Pro Se Intake Unit, United States District Court, Southern District of New York

I enclosed the ~~second~~ amended Complaint in my attempt to comply with the Order of Service. I attached two pages of the arrest record of the date 11/2/2016 - and one page of the hospital record of that date - to the amended Complaint for the reason that I want for you to see the connection between the arrest of me on the date 11-2-2016, and the treatment which I got at the hospital on ~~that date~~ that date for the broken arm which I suffered in the mentioned arrest.

The other reason for which I attached the pages of the arrest record to the amended Complaint is for you to see the Identification Number of the Arresting Officer for you to then know what caused me to list the Arresting Officer of Identification Number 947809 in the list of Defendants in reference to the ~~second~~ amended Complaint.

I respectfully request of you that you will cause Judge James L. Cott to get a copy of this letter, and a copy of the amended Complaint. Also, I

shall be grateful to you if you will ~~~~~~~~

soon reply in writing to this letter for you to acknowledge to me that you received this message, and the amended Complaint?

                              Signed: David Owens

identification number: 18A2545
Docket Number: 19-cv-10213-GBD-JLC

address: Auburn Correctional Facility, P.O. Box 618, Auburn, N.Y. 13024

date: 3-9-2020

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: David Owens DIN: 18A2545

US Postage $001.40 MAR 09 2020

USDC/SDNY P3 Head Clerk, Pro Se Intake Unit, 500 Pearl Street, Room 200, N.Y., N.Y. 10007 (United States District Court, Southern District of New York)

legal mail