```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID S. OWENS,                                    :
                                                   :
                              Plaintiff,           :        **ORDER**
                                                   :
              -v-                                  :        19-CV-10213 (GBD) (JLC)
                                                   :
CITY OF NEW YORK, *et al.,*                         :
                                                   :
                              Defendants.          :
----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On November 20, 2020, service for Officer Luis Torres was returned as

unexecuted (Dkt. No. 51). According to the process receipt, Defendant Torres "does

not work at [the] location." *Id.* The New York City Law Department is therefore

ordered to provide a new address for service of process for Officer Luis Torres or

waive service on his behalf. The New York City Law Department must provide the

information for Luis Torres to Owens and the Court no later than **December 4,**

**2020**.

              **SO ORDERED.**

Dated: November 24, 2020
        New York, New York

                                          _____
                                          JAMES L. COTT
                                          United States Magistrate Judge

**A copy of this Order has been
mailed to the following:**

David S. Owens
390 Ninth Avenue
New York, NY 10001