USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID S. OWENS,

                Plaintiff,

      -v-

CITY OF NEW YORK et al.,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

19-CV-10213 (GBD) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    Owens is proceeding pro se and in forma pauperis.[1] On November 24, 2020, the Court directed the New York City Law Department to provide a new address for service of process for Officer Luis Torres (Dkt. No. 52). On December 4, 2020, the New York City Law Department provided a new address for service on Officer Luis Torres (Dkt. No. 53).

    To allow Owens to effect service on Officer Luis Torres through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form"). The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service.

---

[1] By order dated November 26, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (Dkt. No. 6).

1

The Clerk of Court is directed to issue a summons and complete the USM-285 forms with the address for Officer Luis Torres and deliver all documents necessary to effect service to the U.S. Marshals Service.

**SO ORDERED.**

Dated: December 4, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been
mailed to the following:**

David S. Owens
390 9th Ave.
New York, NY 10001

## DEFENDANT AND SERVICE ADDRESS

1. Police Officer Luis Torres
   Shield No. 19168
   New York City Police Department, Detective Borough Bronx
   1086 Simpson Street
   Bronx, New York 10459