USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID S. OWENS,

                Plaintiff,

                -v-

CITY OF NEW YORK, *et al.*,

                Defendants.
---------------------------------------------------------------X

**ORDER**

19-CV-10213 (GBD)(JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    On March 12, 2021, the Court received a letter from plaintiff requesting a copy of the docket sheet (Dkt. No. 65). Because plaintiff is no longer proceeding *pro se*, he should rely on his counsel for such requests. The Court directs plaintiff's counsel to advise his client not to file such requests given his representation, as it puts a burden on the Clerk's office to provide materials to a litigant who is represented by counsel.

    **SO ORDERED.**

Dated: March 18, 2021
       New York, New York

                                                        JAMES L. COTT
                                                        United States Magistrate Judge