UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID S. OWENS,

               Plaintiff,

    -v-

CITY OF NEW YORK, *et al.*,

               Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-10213 (GBD) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/7/2022

**JAMES L. COTT, United States Magistrate Judge.**

    By Order of Reference dated December 2, 2019 (Dkt. No. 8), Judge Daniels referred this case to me for General Pretrial Supervision and Dispositive Motion. By separate order issued today, the Court has scheduled a settlement conference for February 8, 2022.  In the event the case does not settle, the Court and the parties agreed at the conference today on the following schedule for Defendants' anticipated motion for summary judgment:

    (1) Defendants' motion for summary judgment will be due **March 7, 2022**;

    (2) Plaintiff's opposition, including any cross-motion, will be due **April 8, 2022**;

    (3) Defendants' reply papers and opposition to any cross-motion, will be due **April 29, 2022**;

    (4) Plaintiff's reply on the cross-motion, if any, will be due **May 6, 2022**.

    Finally, expert discovery will be reserved until after a ruling on the motion for summary judgment.

    **SO ORDERED.**

Dated: January 7, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge